**Deny and Opinion Filed March 19, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00276-CV**

**IN RE PETER BEASLEY, Relator**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13433**

## MEMORANDUM OPINION

Before Justices Bridges, Stoddart, and Whitehill
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus contending that the trial court abused its discretion in allowing real party in interest to withdraw deemed admissions and in continuing a hearing on a motion for summary judgment to allow real party in interest to conduct discovery. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not met those requirements. We deny the petition.

150276F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE